IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Courtroom Deputy: Laura Galera                      Date: June 11, 2012
Court Reporter:     Kara Spitler

Civil Action No. 11-cv-02690-RBJ

*Parties*:                                          *Counsel*:

DARYL SCHRAAD,                                      Joseph J. Mellon
                                                    Robert E. Ward, II
     Plaintiff,

v.

DIRECT VET MARKETING, INC.,                         Joshua B. Kirkpatrick

     Defendant.

### COURTROOM MINUTES

**MOTION HEARING**

**Court in session:   9:29 a.m.**

Appearances of counsel.

9:30 a.m.     Argument by Mr. Kirkpatrick as to Motion to Dismiss for Lack of Personal Jurisdiction Doc.# [9].

9:56 a.m.     Argument by Mr. Mellon.

10:06 a.m.    Rebuttal argument by Mr. Kirkpatrick.

**Court in recess:    10:10 a.m.**
**Court in session:   11:43 a.m.**

Court addresses the parties.

For the reasons and findings as stated on the record, it is;

**ORDERED:**   Motion to Dismiss for Lack of Personal Jurisdiction Doc.# [9] is GRANTED.

**Court in recess:**     **12:11 p.m.**

Hearing concluded.

Total time:     01:09